AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| BOWLES & JOHNSON PLLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| SCOTT H. BERNSTEIN, ESQ., ET AL. | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  See Rider Hereto Which Contains the Defendants' Respective Names and Addresses

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   David K. Bowles
Bowles & Johnson PLLC
14 Wall Street, 20th Floor
New York, New York 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7/18/2022

s/ G. Pisarczyk

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

| Print | Save As... | | Reset |

RIDER TO SUMMONS
Bowles & Johnson PLLC v. Scott H. Bernstein, Esq., *et al.*

**Scott H. Bernstein, Esq.**
   307 7th Avenue, Suite #1001
   New York, New York 10001

**Michael P. Pasquale, Esq.**
   48 Wall Street, Eleventh Floor
   New York, New York 10005

**Rodney A. Omanoff**
   405 East 56th Street, Suite 3G
   New York, New York 10022

**Skolnick Legal Group, P.C.**
   The Corporation
   103 Eisenhower Pkwy., Ste. 305
   Roseland, New Jersey 07068

**Law Offices of Scott H. Bernstein LLC**
   28 Ridgewood Drive
   Livingston, New Jersey 07039

   and

   Department of State
   One Commerce Plaza, 99 Washington Ave.
   Albany, New York 12231

**The Law Offices of Michael P. Pasquale LLC**
   United States Corporation Agents, Inc.
   330 Changebridge Road, Suite 101
   Pine Brook, NJ 07058

   and

   Department of State
   One Commerce Plaza, 99 Washington Ave.
   Albany, New York 12231