David K. Bowles (State Bar No. 210986)
BOWLES & JOHNSON PLLC
14 Wall Street, 20th Floor
New York, NY 10005
Telephone: (212) 390-8842
Facsimile: (866) 844-8305
E-mail: david@bojo.law

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOWLES & JOHNSON, PLLC,<br><br>                                        Plaintiff,<br><br>v.<br><br>SCOTT H. BERNSTEIN, ESQ., LAW OFFICES OF SCOTT H. BERNSTEIN LLC, MICHAEL P. PASQUALE, ESQ., THE LAW OFFICES OF MICHAEL P. PASQUALE LLC, SKOLNICK LEGAL GROUP, P.C., and RODNEY A. OMANOFF,<br><br>                                        Defendants. | Case No. 1:22-cv-06047-DLC<br><br>**AMENDED COMPLAINT** |

**DECLARATION OF SERVICE**

I, DAVID K. BOWLES, declare as follows:

1.  I am over 18 years of age, and reside in Kings County, New York.

2.  On August 1, 2022, I served true and correct copies of the following papers:

    a.  The Notice of Initial Pretrial Conference as issued by the Court, dated July 27, 2022;

    b.  A copy of the Court's individual practices;

    c.  A copy of the current complaint in the above-captioned matter;

3. Upon the following parties, by both U.S. Mail and email. The email addresses are those previously used for communications with counsel.

   Scott Bernstein, Esq.
   Law Offices of Scott H. Bernstein LLC
   307 Seventh Avenue, Suite #1001
   New York, New York 10001
   sbernsteinlawoffices@gmail.com

   Michael Pasquale, Esq.
   Law Offices of Michael P. Pasquale, LLC
   48 Wall Street, Eleventh Floor
   New York, NY 10005
   mpasquale@mpplawoffices.com

   Martin Skolnick, Esq.
   Skolnick Legal Group, P.C.
   103 Eisenhower Parkway, Suite 305
   Roseland, NJ 07068
   martin@skolnicklegalgroup.com

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on Monday, August 1, 2022.

_____
David K. Bowles