UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
BOWLES & JOHNSON, PLLC,

                Plaintiff,

-against-

SCOTT H. BERNSTEIN, ESQ., LAW
OFFICES OF SCOTT H. BERNSTEIN LLC,
MICHAEL P. PASQUALE, ESQ., THE LAW
OFFICES OF MICHAEL P. PASQUALE LLC,
SKOLNICK LEGAL GROUP, P.C., and
RODNEY A. OMANOFF,

                Defendants.
-----------------------------------------------------------X

Case No. 1:22-cv-06047 (DLC)

**STIPULATION EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT**

      IT IS HEREBY STIPULATION AND AGREED, by and between the undersigned counsel for the parties, that the time for defendant Skolnick Legal Group, P.C. to respond to the Amended Complaint dated August 4, 2022 be, and hereby is, extended to **October 10, 2022**.

      IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be executed in counterparts, and that a scanned or facsimile copy of this Stipulation and the signatures thereon shall be deemed as valid as the original.

| | |
|---|---|
| Dated: New York, New York<br>August 10, 2022 | Dated: Hawthorne, New York<br>August 10, 2022 |
| BOWLES & JOHNSON PLLC | TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP |
| By: _____<br>David K. Bowles<br>14 Wall Street, 20th Floor<br>New York, New York 10005<br>Telephone: (212) 390-8842<br>Email: David@BoJo.Law<br>*Plaintiff Pro Se* | By: *J. Patrick Carley, III*<br>J. Patrick Carley, III<br>Seven Skyline Drive<br>Hawthorne, New York 10532<br>Tel: 914-347-2600<br>Email: pcarley@tlsslaw.com<br>*Attorneys for Skolnick Legal Group, P.C.* |

**SO ORDERED:**

_____
Hon. Denise L. Cote
United States District Judge