David K. Bowles (State Bar No. 210986)
BOWLES & JOHNSON PLLC
14 Wall Street, 20th Floor
New York, NY 10005
Telephone: (212) 390-8842
Facsimile: (866) 844-8305
E-mail: david@bojo.law

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BOWLES & JOHNSON, PLLC,<br><br>                                    Plaintiff,<br><br>          v.<br><br>SCOTT H. BERNSTEIN, ESQ., LAW OFFICES OF SCOTT H. BERNSTEIN LLC, MICHAEL P. PASQUALE, ESQ., THE LAW OFFICES OF MICHAEL P. PASQUALE LLC, SKOLNICK LEGAL GROUP, P.C., and RODNEY A. OMANOFF,<br><br>                                    Defendants. | Case No. 1:22-cv-06047-DLC<br><br>**AMENDED COMPLAINT** |

**DECLARATION OF SERVICE**

I, DAVID K. BOWLES, declare as follows:

1.      I am over 18 years of age, and reside in Kings County, New York.

2.      On August 12, 2022, I served true and correct copies of the following papers:

   a.   The Notice of Initial Pretrial Conference as issued by the Court, dated July 27, 2022;

   b.   A copy of the Court's individual practices;

   c.   A copy of the current complaint in the above-captioned matter;

3. Upon the following party, by U.S. Mail.  The addresses are the best addresses available to counsel for the party.

Mr. Rodney A. Omanoff
16179 Villa Vizcaya Pl
Delray Beach, FL 33446-2344

Mr. Rodney A. Omanoff
405 East 56th Street, Suite 3G
New York, NY 10022

4. I declare under penalty of perjury that the foregoing is true and correct.

Executed on Friday, August 12, 2022.

_____
David K. Bowles