## AFFIDAVIT OF SERVICE
### UNITED STATES DISTRICT COURT
### Southern District of New York

Index Number: 1:22-CV-06047-DLC

Date Filed: _____

MLS2022003848

**Plaintiff:** BOWLES & JOHNSON
vs.
**Defendant:** SCOTT H. BERNSTEIN, ESQ., ET AL.

For:
David K. Bowles
Bowles & Johnson, Pllc
14 Wall Street
20th Floor
New York, NY 10005

Received by DLS, INC.* on the 22nd day of August, 2022 at 11:44 am to be served on **RODNEY OMANOFF, 16179 VILLA VIZCAYA PLACE, DELRAY BEACH, FL 33446**.

I, Pennie Atwell, being duly sworn, depose and say that on the **23rd day of August, 2022** at **9:15 am**, I:

**SUBSTITUTE** served by delivering a true copy of the **AMENDED SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT** with the date and hour of service endorsed thereon by me, to: **MICHELLE OMANOFF** as **CO-RESIDENT/MOTHER** at the address of: **16179 VILLA VIZCAYA PLACE, DELRAY BEACH, FL 33446**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, the subject is not in the military service of the United States of America.

**Description** of Person Served: Age: 75, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 150, Hair: Dark Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

Sworn to (or affirmed) and subscribed before me, on the ___ day of _____ ____ by physical presence or, by the affiant who is personally known to me.

_____
NOTARY PUBLIC

LAURIE W. MULBERRY
MY COMMISSION # GG 340049
EXPIRES: June 16, 2023
Bonded Thru Notary Public Underwriters

Pennie Atwell
CPS#931

DLS, INC.*
401 Broadway
Suite 808
New York, NY 10013
(212) 925-1220

Our Job Serial Number: MLS-2022003848
Ref: 283050

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2l



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
BOWLES & JOHNSON PLLC,

        Plaintiff,           Civil Action No. 1:22-cv-06047-DLC

      -against-               AFFIDAVIT OF MAILING

SCOTT H. BERNSTEIN, ESQ., et al.,

        Defendants.
---------------------------------------------------------X
STATE OF NEW YORK  )
           S.S.
COUNTY OF NEW YORK  )

        **SHIRLEY CHEN**, being duly sworn, deposes and says that she is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 25th day of August, 2022, deponent served a true copy of the **AMENDED SUMMONS AND AMENDED COMPLAINT** upon **RODNEY OMANOFF** by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid wrapper with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that it is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York, addressed as follows:

Rodney Omanoff
16179 Villa Vizcaya Place
Delray Beach, FL 33446

_____
**SHIRLEY CHEN**

Sworn to before me this
25th day of August, 2022

_____
NOTARY PUBLIC

JONATHAN RIPPS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01RI6109718
Qualified in New York County
My Commission Expires May 17, 2024

# 283050

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com