

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BOWLES & JOHNSON PLLC,

        Plaintiff,

   -against-

SCOTT H. BERNSTEIN, ESQ., et al.,

        Defendants.
-------------------------------------------------------X

Civil Action No. 1:22-cv-06047-DLC

AFFIDAVIT OF SERVICE

STATE OF NEW JERSEY  )
                      S.S.:
COUNTY OF MORRIS     )

        **JOEL SANCHEZ**, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party to this action.

        That on the 27th day of August, 2022, at approximately 11:18 am, deponent served a true copy of the **AMENDED SUMMONS AND AMENDED COMPLAINT** upon **MICHAEL P. PASQUALE, ESQ.** at 4 Park View Drive, Newton, NJ 07860, by personally delivering and leaving the same with **MICHAEL P. PASQUALE, ESQ.** at that address. At the time of service, deponent asked **MICHAEL P. PASQUALE, ESQ.** whether he is in active military service for the United States of America or for any state in the United States in any capacity whatever or dependent upon a person in active military service and received a negative reply.

        **MICHAEL P. PASQUALE, ESQ.** is a white male, approximately 60 years of age, stands approximately 5 feet 9 inches tall, and weighs approximately 210 pounds with gray hair.

_/s/ Joel Sanchez_
**JOEL SANCHEZ**

Sworn to before me this
30th day of August, 2022

_/s/ Paola Sanchez_
NOTARY PUBLIC

PAOLA G. SANCHEZ
NOTARY PUBLIC
State of New Jersey
ID # 50014940
My Commission Expires April 28, 2025

\# 283139

D.L.S., Inc.
401 Broadway
Suite 808
New York, NY 10013
212-925-1220
www.dlsnational.com