UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOWLES & JOHNSON, PLLC,<br><br>      *Plaintiff,*<br><br>v.<br><br>SCOTT H. BERNSTEIN, ESQ., LAW OFFICES OF SCOTT H. BERNSTEIN LLC, MICHAEL P. PASQUALE, ESQ., THE LAW OFFICES OF MICHAEL P. PASQUALE LLC, SKOLNICK LEGAL GROUP, P.C., and RODNEY A. OMANOFF,<br><br>      *Defendants.* | Case No. 1:22-cv-06047-DLC |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, upon the Declaration of Rodney A. Omanoff, dated September 20, 2022, along with the exhibits attached thereto, and the accompanying memorandum of law, Defendant Rodney A. Omanoff ("Omanoff"), by and through his attorneys, Thompson & Skrabanek, PLLC will move this Court before the Honorable Judge Denise L. Cote, United States District Judge, at the United States District Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, NY 10007, Courtroom 18B; on the 5th day of October 2022 at 9.30 A.M., or as soon thereafter as counsel may be heard, for an Order, pursuant to Federal Rule of Civil Procedure 12(b)(6), (i) dismissing the First Amended Complaint in this action as asserted against Defendant Omanoff with prejudice, and (ii) granting such other and further relief as this Court may deem just and proper.

Dated: September 20, 2022
   New York, New York

1

THOMPSON & SKRABANEK, PLLC

_____
John J. Thompson, Esq.
42 W. 38th Street, Suite 1002,
New York, NY 10018
 jt@ts-firm.com
 Telephone: (646) 568-4280 ext. 701

*Attorneys for Defendant Rodney A. Omanoff*