UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOWLES & JOHNSON, PLLC,<br><br>                    *Plaintiff,*<br><br>         v.<br><br>SCOTT H. BERNSTEIN, ESQ., LAW OFFICES OF SCOTT H. BERNSTEIN LLC, MICHAEL P. PASQUALE, ESQ., THE LAW OFFICES OF MICHAEL P. PASQUALE LLC, SKOLNICK LEGAL GROUP, P.C., and RODNEY A. OMANOFF,<br><br>                    *Defendants*. | Case No. 1:22-cv-06047-DLC<br><br>**DECLARATION OF RODNEY A. OMANOFF** |

I, RODNEY A. OMANOFF, in lieu of an affidavit as permitted by 28 U.S.C. Section 1746, hereby declare as follows:

1. I am one of the Defendants in the above-captioned action.

2. I am (or was) also the client of the other defendants in this case in various other related litigation matters in state or federal court.

3. As such, I am familiar with the facts and circumstances surrounding this proceeding.

4. I am competent to testify and I make the following statements of my personal knowledge.

5. The Plaintiff's Complaint is replete with misstatements of fact or outright falsities which I vehemently deny.

6. My counsel in this matter has advised me that these disputed facts are not relevant to this motion because the Court's burden at this procedural juncture requires it to assume the truth of the allegations in the Complaint.

7. Accordingly, I will not detail the many inaccurate or simply false portions of the Plaintiff's Complaint, except to state that:

   a. I adamantly deny making any false statement under oath or engaging in any effort to deliberately mislead any of the courts involved.

   b. I adamantly deny directing, encouraging or suffering my attorneys (including the Attorney Defendants or any other attorneys I may have engaged) to make any false statement to any court on my behalf or to engage in any effort to mislead any court on my behalf.

   c. I adamantly deny authorizing the filing of any lawsuit or the submission of any argument or application which I knew to be frivolous.

   d. I specifically and emphatically dispute statements made in the following paragraphs in Plaintiff's First Amended Complaint: ¶¶ 22-26, 32-37, 40-41, 45, 48, 56-57, 60-61, 65-72, 75, 78-95.

8. In the various proceedings from which this matter arises and the long course of business dealings that underlies these dispute, Plaintiff's client—Bradley C. Reifler—has engaged in numerous instances of perjury, forgery, false statements, deception and other dishonest and unlawful conduct.

9. Upon information and belief, I believe that the Plaintiff has in many instances been aware of or abetted this fraudulent conduct, some of which occurred in court.

10. I will once again refrain from detailing examples of this upon my counsel's advice that they are not relevant to this motion.

11. To my knowledge, the Plaintiff in this case never had to withdraw as counsel to any of the counterparties in the other litigation proceedings discussed in the Plaintiff's Complaint.

12. I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2022.

_____
Rodney A. Omanoff