Michael P. Pasquale, Esq.
Law Offices of Michael P. Pasquale, LLC
163 Madison Avenue, Suite 200-80
Morristown, New Jersey 07960
(973) 975-4167

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

BOWLES & JOHNSON, PLLC,

       *Plaintiff*,

    v.

SCOTT H. BERNSTEIN, ESQ., LAW OFFICES OF SCOTT H. BERNSTEIN LLC, MICHAEL P. PASQUALE, ESQ., THE LAW OFFICES OF MICHAEL P. PASQUALE LLC, SKOLNICK LEGAL GROUP, P.C., and RODNEY A. OMANOFF,

       *Defendants*.

_____

Case No. 1:22-cv-06047-DLC

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that pursuant the Declaration of Michael P. Pasquale dated September 20, 2022 and the exhibits annexed thereto, and the accompanying Brief, Defendants Michael P. Pasquale and the Law Offices of Michael P. Pasquale, LLC (collectively, "Defendants") hereby provide notice of their motion to dismiss the Amended Complaint of Plaintiff, Bowles & Johnson, PLLC ("Plaintiff"), for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6), with prejudice, and for such further and different relief that to the Court may seem just, proper and equitable.

    **PLEASE TAKE FURTHER NOTICE** Plaintiff's answering papers will be due on September 27, 2022, Defendants' reply papers will be due on September 29, 2022. Defendants request oral argument.

Dated: September 20, 2022

                                  **LAW OFFICES OF MICHAEL P. PASQUALE, LLC**

                                  By: /s/ Michael Pasquale
                                      Michael Pasquale, Esq.