```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :      22cv6047 (DLC)
BOWLES & JOHNSON PLLC,                   :
                                         :           ORDER
                        Plaintiff,       :
           -v-                           :
                                         :
SCOTT H. BERNSTEIN, et al.,              :
                                         :
                        Defendants.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On August 4, 2022, the plaintiff filed a first amended complaint in this Court asserting diversity jurisdiction pursuant to 28 U.S.C. § 1332. Pursuant to this Court's Individual Practices, it is hereby

ORDERED that the plaintiff shall, by **September 28, 2022**, file on ECF a letter no longer than two pages explaining the basis for its belief that diversity of citizenship exists. Where any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. In cases where any party is a partnership, limited partnership, limited liability company, or trust, the letter shall state the

citizenship of each of the entity's members, shareholders, partners, and/or trustees.

Dated:  New York, New York
        September 22, 2022

                                                        DENISE COTE
                                United States District Judge