

September 26, 2022

<u>Via ECF</u>

Hon. Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1910
New York, NY 10007

Re:     <u>Bowles & Johnson PLLC v. Scott H. Bernstein, Esq., et al.</u>, Case 1:22-cv-06047

Dear Judge Cote:

This letter is intended to comply with Section 5.B. of the Individual Practices in Civil Cases of Denise Cote, United States District Court Judge, which requires the party asserting diversity of citizenship pursuant to 28 U.S.C. §1332 to file a letter explaining the basis for that party's belief that diversity jurisdiction exists, and also to comply with the Court's order of September 22, 2022 (Dkt. 39).

The plaintiff in this matter is Bowles & Johnson PLLC ("BoJo"), a professional limited liability company organized under the laws of the State of New York, and wholly owned by David K. Bowles, a citizen of the State of New York.  BoJo is diverse from each defendant in this matter.

The defendants in this matter are:

- Scott H. Bernstein, an individual and citizen of the State of New Jersey.

- Law Offices of Scott H. Bernstein LLC, a limited liability company organized under the laws of the State of New Jersey, and wholly owned by Scott H. Bernstein, a citizen of the State of New Jersey.

- Michael P. Pasquale, an individual and citizen of the State of New Jersey.

- The Law Offices of Michael P. Pasquale LLC, a limited liability company organized under the laws of the State of New Jersey, and wholly owned by Michael P. Pasquale, a citizen of the State of New Jersey.

- Rodney A. Omanoff, an individual and citizen of the State of Florida.

David K. **Bowles**

T: 212-390-8842
F: 866-844-8305
David@BoJo.law

14 Wall Street, 20th Floor
New York, NY 10005
www.BoJo.law

We thank the Court for its attention to these matters.

                                                          Yours very truly,

                                                          David K. Bowles
                                                          Bowles & Johnson PLLC