```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
BOWLES & JOHNSON PLLC,                   :
                                         :
                      Plaintiff,         :    22cv6047 (DLC)
            -v-                          :
                                         :         ORDER
SCOTT H. BERNSTEIN, et al.,              :
                                         :
                      Defendants.        :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

    On October 11, 2022, defendants Scott H. Bernstein and Law Offices of Scott H. Bernstein, LLC (together "Bernstein") filed a motion to dismiss the First Amended Complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. On October 12, the plaintiff filed a Second Amended Complaint. On October 19, Bernstein submitted a letter requesting that the Court evaluate the October 11 motion against the facts alleged in the Second Amended Complaint. Accordingly, it is hereby

    ORDERED that any opposition to the October 11 motion to dismiss shall be submitted by **November 4, 2022**. Any reply shall by submitted by **November 18, 2022**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering

2

them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         October 19, 2022

                                        _____
                                             DENISE COTE
                               United States District Judge