```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
BOWLES & JOHNSON PLLC,                   :
                                         :
                        Plaintiff,       :   22cv6047 (DLC)
            -v-                          :
                                         :        ORDER
SCOTT H. BERNSTEIN, et al.,              :
                                         :
                        Defendants.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On November 7, 2022, defendants Michael P. Pascquale and The Law Offices of Michael P. Pascquale LLC (together "Pascquale") filed a motion to dismiss the Second Amended Complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. Accordingly, it is hereby

ORDERED that any opposition to Pascquale's motion to dismiss shall be submitted by **November 28, 2022**. Any reply shall by submitted by **December 12, 2022**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         November 8, 2022

                                       _____
                                             DENISE COTE
                                      United States District Judge