UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

BOWLES & JOHNSON, PLLC,

           Plaintiff,

-against-

SCOTT H. BERNSTEIN, ESQ., LAW OFFICES OF SCOTT H. BERNSTEIN LLC, MICHAEL P. PASQUALE, ESQ., THE LAW OFFICES OF MICHAEL P. PASQUALE LLC, SKOLNICK LEGAL GROUP, P.C., and RODNEY A. OMANOFF,

           Defendants.

------------------------------------------------------------X

Case No. 1:22-cv-06047 (DLC)

**NOTICE AND STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AS TO SCOTT H. BERNSTEIN, ESQ. AND LAW OFFICES OF SCOTT H. BERNSTEIN LLC**

      Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff BOWLES & JOHNSON, PLLC hereby gives notice that the above-captioned action shall be and hereby is voluntarily dismissed with prejudice as to defendants SCOTT H. BERNSTEIN, ESQ and LAW OFFICES OF SCOTT H. BERNSTEIN LLC only without costs to any party as against the others. Defendants SCOTT H. BERNSTEIN, ESQ and LAW OFFICES OF SCOTT H. BERNSTEIN LLC hereby stipulate to such dismissal.

| | |
|---|---|
| Dated: New York, New York<br>November 16, 2022 | Dated: Jericho, New York<br>November 16, 2022 |
| BOWLES & JOHNSON PLLC | CATALANO GALLARDO<br>   & PETROPOULOS LLP |
| By: _____<br>David K. Bowles<br>14 Wall Street, 20th Floor<br>New York, New York 10005<br>Telephone: (212) 390-8842<br>Email: David@BoJo.Law<br>*Attorneys for Bowles & Johnson, PLLC* | By: _____<br>Alexandra N. Nieto, Esq.<br>100 Jericho Quadrangle, Suite 326<br>Jericho, New York 11753<br>Tel: (914) 347-2600<br>Email: anieto@cgpllp.com<br>*Attorneys for Scott H. Bernstein, Esq. and Law Offices of Scott H. Bernstein LLC* |

**SO ORDERED:**

_____
Hon. Denise L. Cote
United States District Judge