UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
BOWLES & JOHNSON PLLC,                   :
                                        :
                        Plaintiff,       :        22cv6047 (DLC)
              -v-                        :
                                        :            ORDER
MICHAEL P. PASQUALE and THE LAW          :
OFFICES OF MICHAEL P. PASQUALE LLC,      :
                                        :
                        Defendants.      :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

On November 7, 2022, the defendants filed a motion to dismiss the Second Amended Complaint.  On November 18, 2022, the plaintiff submitted a motion for the entry of default against the Law Offices of Michael P. Pasquale LLC.  As described in this Court's default judgment procedure, a plaintiff seeking default judgment must first obtain a certificate of default from the Clerk of Court, and then file a motion for default judgment. Accordingly, it is hereby

ORDERED that the motion for entry of default is terminated.

IT IS FURTHER ORDERED that the plaintiff may include in its opposition to the defendants' motion to dismiss any argument

that the motion should not be considered with respect to the Law

Offices of Michael P. Pasquale LLC.

Dated:     New York, New York
           November 22, 2022

                                    _____
                                         DENISE COTE
                                    United States District Judge